# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PENATE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA. NATIONAL ASSOCIATION, a North Carolina Corporation, and DOES 1-10, inclusive<br><br>Defendants. | CASE NO.  2:16-cv-02785-R-MRW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[Fed.R.Civ.P. 41(a)(1)(A)(ii)]** |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

# ORDER

Having reviewed and considered the Stipulation of Dismissal with Prejudice of All Claims Asserted by Plaintiff George Penate submitted by Plaintiff George Penate and Defendant Bank of America, N.A.:

IT IS HEREBY ORDERED that all of Plaintiff's individual claims asserted in Plaintiff's Complaint in the above-referenced action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorney's fees and costs except as may be explicitly set forth in the Parties' settlement agreement.

IT IS FURTHER ORDERED THAT the claims of the similarly situated employees Plaintiff purports to represent, asserted in the Sixth Cause of Action for alleged violation of California Labor Code Section 2698, *et. seq.*, are dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: January 3, 2017

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE